No. 3,769.—STATE EX REL. CITY OF GREAT FALLS, RELATOR, *v.* THE MONTANA POWER CO., RESPONDENT.

Original application for writ of mandate.

Decided November 8, 1915.

PER CURIAM.—Relator's petition for a writ of mandate was this day, after due consideration, by the court denied.

*Mr. E. A. Smith,* for Relator.

---

No. 3,772.—STATE EX REL. HATTIE SELL, RELATRIX, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of *certiorari.*

Decided December 8, 1915.

PER CURIAM.—In accordance with stipulation of counsel for the respective parties, it is ordered that the order of the district court herein complained of, made on the 24th day of September, 1915, be and the same is hereby annulled.

*Mr. Henry C. Smith, Mr. Park Smith* and *Mr. Geo. W. Padbury, Jr.,* for Relator.

*Messrs. Belden & De Kalb,* for Respondents.